UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

GERALD ABNER,

Case No. 12-mc-51201
HON. GEORGE CARAM STEEH

_____/

## ORDER DENYING APPROVAL TO FILE CASES

Gerald Abner has been enjoined from filing any future complaints in this court without first seeking and obtaining the approval of the presiding judge. [See, case nos. 03-70789 and 03-72721 doc. 3, J. Cohn]. Mr. Abner seeks permission to file four new complaints in this court.

In a case captioned *Gerald Abner v. Wayne State University, Assessor(s)*, Mr. Abner alleges he has been injured by the university in his attempt to find employment. In a case captioned *Gerald Abner v. University of Michigan - Dearborn, Assessor(s)*, Mr. Abner alleges threats of injury by a variety of people associated with defendant. In the complaint captioned *Gerald Abner v. City of Detroit, Assessor(s)*, Mr. Abner alleges former employees of the City of Detroit have committed various forms of fraud against him. Finally, in a case captioned *Gerald Abner v. Daimler Chrysler Corp.*, Abner complains of various wrongdoings by Daimler Chrysler.

The cases come to the undersigned as the presiding judge on the date they were received. Mr. Abner has a documented pattern of abusing the legal process by filing frivolous lawsuits, and cases which have been dismissed for failure to state a claim. Abner's most recent proposed filings fall into both categories for being frivolous and for

-1-

failing to state a claim upon which relief may be granted. Abner's allegations in the four cases are practically indecipherable, apparently complaining of various wrongdoings by the named defendants and numerous other entities and individuals. The proposed complaints fail to meet the basic pleading requirements of Fed. R. Civ. P. 8.

Now, therefore,

IT IS HEREBY ORDERED that the court does NOT grant permission to Mr. Abner to file the above-listed complaints. The paperwork is being returned to Mr. Abner at his listed address.

It is so ordered.

Dated: September 24, 2012

                                    s/George Caram Steeh
                                    GEORGE CARAM STEEH
                                    UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

A copy of this Order was served upon Gerald Abner, 13280 Prest, Detroit, MI 48227 on September 24, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk